|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| LAURA BAGA,<br><br>              Plaintiff,<br><br>   v.<br><br>PRESIDIO NETWORKED SOLUTIONS, LLC,<br><br>              Defendant. | CASE NO. 2:22-cv-1325 MJP<br><br>ORDER GRANTING STIPULATING MOTION TO CONDUCT DEPOSITION AFTER THE DISCOVERY DEADLINE |

This matter is before the Court on Plaintiff's Stipulated Motion to Conduct Deposition After the Discovery Deadline. (Dkt. No. 14.) Having reviewed the Motion, the docket, and all other relevant material, the Court GRANTS the Motion and permits the deposition of Ms. Cyndi Barrera to occur after the scheduled discovery deadline on June 14, 2023.

//

//

//

//

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated May 17, 2023.

_____

Marsha J. Pechman
United States Senior District Judge