UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA BAGA,<br><br>            Plaintiff,<br><br>    v.<br><br>PRESIDIO NETWORKED SOLUTIONS, LLC,<br><br>            Defendant. | CASE NO. 2:22-cv-1325 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL DEADLINES |

This matter comes before the Court on the Parties' Stipulated Motion to Continue Trial and Extend Pretrial Deadlines. (Dkt. No. 19.) Having reviewed the Motion and all supporting materials, the Court GRANTS the Motion.

The Parties ask for an extension of the trial date and remaining case deadlines because they have been attempting to engage in mediation since June, but were unable to complete an August 3 mediation due to an unforeseen insurance issue impacting Defendant's authority to

1  settle. To allow the Parties to attempt resolution of this case with the insurance issue resolved,
2  they ask for an extension of the remaining case deadlines and a new trial date in April 2024.

3  Rule 16(b)(4) states that "a schedule may be modified only for good cause and with the
4  judge's consent." Fed. R. Civ. P. 16(b)(4). "Rule 16(b)'s 'good cause' standard primarily
5  considers the diligence of the party seeking the amendment." Johnson v. Mammoth Recreations,
6  Inc., 975 F.2d 604, 609 (9th Cir. 1992). "[T]he focus of the inquiry is upon the moving party's
7  reasons for seeking modification" and "[i]f that party was not diligent, the inquiry should end."
8  Id. (citation omitted).

9  The Parties have shown sufficient good cause to merit an extension of the remaining case
10 deadlines and a new trial date. As the Court has previously explained, the Parties are not required
11 to mediate and are free to discuss settlement directly without the assistance of a third-party
12 neutral. But the Court has also acknowledged the Parties' desire to limit costs and expenses and
13 conserve judicial resources by attempting to resolve this case through mediation. The current
14 need for an extension reflects diligence and an unforeseen insurance issue impacting settlement
15 negotiations. The Court therefore GRANTS the Motion and sets the following trial date and new
16 case deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Trial Date | November 6, 2023 | April 15, 2024 at 9:00 AM |
| Dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) | August 10, 2023 | December 18, 2023 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference. | October 2, 2023 | March 11, 2024 |

| Agreed Pretrial Order due | October 24, 2023 | April 2, 2024 |
|---|---|---|
| Trial briefs, proposed voir dire questions, and proposed jury instructions: | October 24, 2023 | April 2, 2024 |
| Pretrial conference | October 26, 2023 | April 8, 2024 at 1:30 PM |
| Length of jury trial | 5 Days | 5 Days |

The clerk is ordered to provide copies of this order to all counsel.

Dated August 10, 2023.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL DEADLINES - 3